# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CAROLYN BATISTE,
INDIVIDUALLY AND ON BEHALF
OF THE ESTATE OF ORTHELLO
BATISTE, DECEASED

NO.  2020 CW 0413

VERSUS

RUSSELL L. GERACE, JR., AND
ADVANTAGE TOWING, LLC

**JUNE 19, 2020**

---

In Re:    Carolyn Batiste, applying for supervisory writs, 18th
Judicial District Court, Parish of Iberville, No.
76192.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**

VGW
JMG
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.